UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:23CR00004 DPM |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON JEFFERSON, aka Baller B, | ) | |
| EDWARD LAMONT HANCOCK, aka | ) | |
| Edward Lamont Handcock or Mont, | ) | |
| JEFFERY MCCAIN, | ) | |
| CHRISTIAN JEMONE ELBERT, | ) | |
| CHARLES THARP, | ) | |
| DANIEL ARCHER, | ) | |
| JUSTINA FREEMAN, | ) | |
| SHELLY JOHNSON MALLOY, | ) | |
| CURTIS COOPER, | ) | |
| SAMMANTHA BROWN, and | ) | |
| JERRY TUCKER | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 05 2023
TAMMY H. DOWNS, CLERK
By: [signature]
DEP CLERK

MOTION TO SEAL SUPERSEDING INDICTMENT AND UTILIZE
REDACTED COPIES OF SUPERSEDING INDICTMENT FOR SERVICE

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, the United States requests that the above-styled Superseding Indictment be sealed until defendants Edward Lamont Hancock, aka Edward Lamont Handcock or Mont, Christian Jemone Elbert, Justina Freeman, Curtis Cooper, and Sammantha Brown are in custody or have been released pending trial. The United States has requested arrest warrants for the above-referenced defendants. For the safety of law enforcement agents who will attempt to execute the arrest warrants and to guard against the risk of flight, the United States respectfully submits that the identities of the above-referenced defendants should not be revealed in any public manner until the warrant has been executed. In order to effectuate this process, the United States requests that any notification from the Clerk of the Court to the remaining co-defendants regarding this matter include a redacted version of the Superseding Indictment as is attached to this Motion until the above-named defendants are in custody or have appeared and been released pending trial.

32
+
33

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

By: [signature]
STEPHANIE MAZZANTI
Bar No. 2006298
Assistant United States Attorney
P. O. Box 1229
Little Rock, AR 72203
Telephone No. (501) 340-2600
Email: Stephanie.Mazzanti@usdoj.gov

ORDER

Pursuant to the above request, the Superseding Indictment in this matter shall be sealed until Edward Lamont Hancock, aka Edward Lamont Handcock or Mont, Christian Jemone Elbert, Justina Freeman, Curtis Cooper, and Sammantha Brown are in custody or have appeared and been released pending trial. Until such time, the Clerk of the Court is directed to utilize a redacted form of the Superseding Indictment as requested herein.

4-~~6~~ 5-23
DATE

[signature]
UNITED STATES MAGISTR~~ATE JUDGE~~