FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 05 2023
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:23CR00004 DPM |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), |
| BRANDON JEFFERSON, aka Baller B, | ) | and (b)(1)(D) |
| EDWARD LAMONT HANCOCK, aka | ) | 18 U.S.C. § 922(g)(1) |
| Edward Lamont Handcock or Mont, | ) | 18 U.S.C. § 924(c)(1)(A) |
| JEFFERY MCCAIN, | ) | |
| CHRISTIAN JEMONE ELBERT, | ) | |
| CHARLES THARP, | ) | |
| DANIEL ARCHER, | ) | |
| JUSTINA FREEMAN, | ) | |
| SHELLY JOHNSON MALLOY, | ) | |
| CURTIS COOPER, | ) | |
| SAMMANTHA BROWN, and | ) | |
| JERRY TUCKER | ) | |

**SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A. From in or about March 2021 until on or about January 29, 2023, in the Eastern District of Arkansas and elsewhere, the defendants,

BRANDON JEFFERSON, aka Baller B,
EDWARD LAMONT HANCOCK, aka Edward Lamont Handcock or Mont,
JEFFERY MCCAIN,
CHRISTIAN JEMONE ELBERT,
CHARLES THARP,
DANIEL ARCHER,
JUSTINA FREEMAN,
SHELLY JOHNSON MALLOY,
CURTIS COOPER,
SAMMANTHA BROWN, and
JERRY TUCKER,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine and



34

methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

B. With respect to BRANDON JEFFERSON, aka Baller B, EDWARD LAMONT HANCOCK, aka Edward Lamont Handcock or Mont, JEFFERY MCCAIN, CHRISTIAN JEMONE ELBERT, CHARLES THARP, DANIEL ARCHER, SHELLY JOHNSON MALLOY, CURTIS COOPER, and SAMMANTHA BROWN, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams or more of methamphetamine (actual), in violation of Title 21, United States Code, Section 841(b)(1)(A).

C. With respect to defendants JUSTINA FREEMAN and JERRY TUCKER, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine and 5 grams or more of methamphetamine (actual), in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about November 17, 2021, in the Eastern District of Arkansas, the defendant,

EDWARD LAMONT HANCOCK, aka Edward Lamont Handcock or Mont,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 3**

On or about December 3, 2021, in the Eastern District of Arkansas, the defendant,

EDWARD LAMONT HANCOCK, aka Edward Lamont Handcock or Mont,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 4**

On or about December 29, 2021, in the Eastern District of Arkansas, the defendant,

CHARLES THARP,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 5**

A. On or about December 29, 2021, the defendant,

CHARLES THARP,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of drug paraphernalia with intent to manufacture, in Crittenden County, Arkansas, Circuit Court in Case Number CR-11-647;
2. Possession of drug paraphernalia, use or possession of drug paraphernalia to manufacture methamphetamine, possession of methamphetamine or cocaine, and possession of a controlled substance, in Izard County, Arkansas, Circuit Court in Case Number 2017-05;
3. Breaking or entering and theft of property, in Greene County, Arkansas,

Circuit Court in Case Number 2018-351;

4. Possession of methamphetamine, possession of firearm by certain persons, and possession of a controlled substance, in Mississippi County, Arkansas, Circuit Court in Case Number 19-316;

5. Theft by receiving, in Mississippi County, Arkansas, Circuit Court in Case Number 2020-053; and

6. Theft of property, in Mississippi County, Arkansas, Circuit Court in Case Number 2020-061.

B. On or about December 29, 2021, in the Eastern District of Arkansas, the defendant,

CHARLES THARP,

knowingly possessed, in and affecting commerce, a firearm, that is: a Kahr Arms, model P380, .380 ACP caliber pistol, serial number RA2227, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 6**

On or about December 29, 2021, in the Eastern District of Arkansas, the defendant,

CHARLES THARP,

knowingly and intentionally possessed a firearm, that is: a Kahr Arms, model P380, .380 ACP caliber pistol, serial number RA2227, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Counts 1 and 4 of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 7**

On or about January 18, 2022, in the Eastern District of Arkansas, the defendant,

BRANDON JEFFERSON, aka Baller B,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 8**

On or about March 25, 2022, in the Eastern District of Arkansas, the defendant,

DANIEL ARCHER,

knowingly and intentionally possessed with intent to distribute 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT 9**

On or about May 3, 2022, in the Eastern District of Arkansas, the defendant,

JUSTINA FREEMAN,

knowingly and intentionally possessed with intent to distribute 5 grams or more, but less than 50 grams, of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT 10**

On or about May 19, 2022, in the Eastern District of Arkansas, the defendant,

SHELLY JOHNSON MALLOY,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 11**

On or about May 19, 2022, in the Eastern District of Arkansas, the defendant,

CURTIS COOPER,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams, of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT 12**

On or about May 24, 2022, in the Eastern District of Arkansas, the defendant,

CURTIS COOPER,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams, of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT 13**

On or about May 30, 2022, in the Eastern District of Arkansas, the defendant,

CURTIS COOPER,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 14**

On or about June 15, 2022, in the Eastern District of Arkansas, the defendant,

SHELLY JOHNSON MALLOY,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 15**

On or about June 20, 2022, in the Eastern District of Arkansas, the defendants,

SAMMANTHA BROWN and
JERRY TUCKER,

knowingly and intentionally possessed with intent to distribute 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT 16**

On or about June 20, 2022, in the Eastern District of Arkansas, the defendants,

SAMMANTHA BROWN and
JERRY TUCKER,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**COUNT 17**

On or about June 20, 2022, in the Eastern District of Arkansas, the defendants,

SAMMANTHA BROWN and
JERRY TUCKER,

knowingly and intentionally possessed a firearm, that is, a Ruger .380 caliber pistol, with a defaced serial number, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Counts 1, 15, and 16 of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 18**

A. On or about June 20, 2022, the defendant,

JERRY TUCKER,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Robbery, in Mississippi County, Arkansas, Circuit Court in Case Number CR-11-209;
2. Possession of methamphetamine, in Mississippi County, Arkansas, Circuit Court in Case Number 19-356; and
3. Possession of methamphetamine with purpose to deliver, in Mississippi County, Arkansas, Circuit Court in Case Number 20-337.

B. On or about June 20, 2022, in the Eastern District of Arkansas, the defendant,

JERRY TUCKER,

knowingly possessed, in and affecting commerce, a firearm, that is: a Ruger .380 caliber pistol, with a defaced serial number, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 19**

On or about June 30, 2022, in the Eastern District of Arkansas, the defendant,

CURTIS COOPER,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 20**

On or about July 7, 2022, in the Eastern District of Arkansas, the defendant,

SAMMANTHA BROWN,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 21**

On or about July 21, 2022, in the Eastern District of Arkansas, the defendant,

SAMMANTHA BROWN,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 22**

On or about August 12, 2022, in the Eastern District of Arkansas, the defendant,

DANIEL ARCHER,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 23**

On or about December 29, 2022, in the Eastern District of Arkansas, the defendant,

DANIEL ARCHER,

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 24**

On or about January 28, 2023, in the Eastern District of Arkansas, the defendant,

JEFFERY MCCAIN,

knowingly and intentionally possessed with intent to distribute 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT 25**

On or about January 29, 2023, in the Eastern District of Arkansas, the defendant,

BRANDON JEFFERSON, aka Baller B,

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 26**

On or about January 29, 2023, in the Eastern District of Arkansas, the defendant,

BRANDON JEFFERSON, aka Baller B,

knowingly and intentionally possessed at least one firearm, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Counts 1 and 25 of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

**FORFEITURE ALLEGATION 1**

Upon conviction of Count 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, or 26 of this Superseding Indictment, the defendants, BRANDON JEFFERSON, aka Baller B, EDWARD LAMONT HANCOCK, aka Edward Lamont Handcock or Mont, JEFFERY MCCAIN, CHRISTIAN JEMONE ELBERT, CHARLES THARP, DANIEL ARCHER, JUSTINA FREEMAN, SHELLY JOHNSON MALLOY, CURTIS COOPER, SAMMANTHA BROWN, and JERRY TUCKER, shall forfeit to the United States, under Title

21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

**FORFEITURE ALLEGATION 2**

Upon conviction of Count 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, or 26 of this Superseding Indictment, the defendants, BRANDON JEFFERSON, aka Baller B, EDWARD LAMONT HANCOCK, aka Edward Lamont Handcock or Mont, JEFFERY MCCAIN, CHRISTIAN JEMONE ELBERT, CHARLES THARP, DANIEL ARCHER, JUSTINA FREEMAN, SHELLY JOHNSON MALLOY, CURTIS COOPER, SAMMANTHA BROWN, and JERRY TUCKER, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

**FORFEITURE ALLEGATION 3**

Upon conviction of Count 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, or 26 of this Superseding Indictment, the defendants, BRANDON JEFFERSON, aka Baller B, EDWARD LAMONT HANCOCK, aka Edward Lamont Handcock or Mont, JEFFERY MCCAIN, CHRISTIAN JEMONE ELBERT, CHARLES THARP, DANIEL ARCHER, JUSTINA FREEMAN, SHELLY JOHNSON MALLOY, CURTIS COOPER, SAMMANTHA BROWN, and JERRY TUCKER, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.